IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| In Re: | ▪ | |
| | ▪ | Chapter 13 |
| CHRISTINA TYREE GARY, | ▪ | Bankruptcy No. 16-40711-JTL |
| | ▪ | |
| Debtor. | ▪ | |
| ________________________________ | ▪ | |

**WITHDRAWAL OF THE UNITED STATES OF AMERICA'S
MOTION FOR RECONSIDERATION OF
ORDER CONFIRMING DEBTOR'S CHAPTER 13 PLAN
<u>FOR CONFIRMATION, DOCKET NO. 28</u>**

COMES NOW the United States of America, acting on behalf of the Army and Air Force Exchange Services (hereinafter referred to as "AAFES"), creditor herein, by and through the United States Attorney for the Middle District of Georgia, and hereby withdraws its Motion for Reconsideration of Order Confirming Debtor's Chapter 13 Plan for Confirmation, filed as Docket No. 28.

Respectfully submitted, this 24th day of April, 2017.

G.F. PETERMAN, III
UNITED STATES ATTORNEY

By: /s/ Barbara G. Parker
Barbara G. Parker
Assistant United States Attorney
Georgia Bar No.: 561750

ADDRESS:

P.O. Box 1702
Macon, Georgia 31202-1702

(478) 752-3511

## CERTIFICATE OF SERVICE

This is to certify that, this date, I electronically filed the within and foregoing **Withdrawal of the United States of America's Motion for Reconsideration of Order Confirming Debtor's Ch. 13 Plan for Confirmation, Docket No. 28,** with the Clerk of the Court using the CM/ECF system. I also certify that the following parties have been served on this date either by electronic means of the Court or via United States Mail with proper postage affixed thereto.

Kristin Hurst
Chapter 13 Trustee
P.O. Box 1907
Columbus, Georgia 31902-1907

Brace W. Luquire
Attorney for Debtor
821 Third Avenue
P.O. Box 2684
Columbus, Georgia 31902

Christina Tyree Gary
Debtor
7643 Kessler Drive
Fort Benning, Georgia 31905

This 24th day of April, 2017.

G.F. PETERMAN, III
UNITED STATES ATTORNEY

By: /s/ Barbara G. Parker

Barbara G. Parker
Assistant United States Attorney
Georgia Bar No. 561750

ADDRESS:
Post Office Box 1702
Macon, Georgia 31202-1702
(478) 752-3511